Gene W. Choe, Esq. (SBN 187704)
LAW OFFICES OF GENE W. CHOE, P.C.
3699 Wilshire Boulevard, Suite 720
Los Angeles, CA 90010
Telephone (213) 639-3888
Facsimile (213) 383-8280

E-FILED 04-22-2011
JS-6

Attorneys for Plaintiff, Angel T. Ortiz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| ANGEL T. ORTIZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., *business entity unknown*; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, *business entity unknown*; and DOES 1-20, inclusive,<br><br>    **Defendants.** | CASE NO: CV11 02539 GHK (PLAx)<br><br>[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Notice of Voluntary Dismissal filed on April 15, 2011, and good cause appearing; therefore; IT IS HEREBY ORDERED that this case is dismissed.

Dated: April 22, 2011        By: _____
                             JUDGE OF THE UNITED STATES DISTRICT COURT

1
[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL